# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JAMES J. FORNWALT,<br><br>         Plaintiff,<br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>         Defendant. | No. EDCV 07-713 CW<br><br>JUDGMENT |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: April 2, 2008


                              _____/S/_____
                                  CARLA M. WOEHRLE
                              United States Magistrate Judge